UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
Case Number: **08-22193-CIV-MORENO**

WILTON BROWN,

    Plaintiff,

vs.

THOMAS TRUJILLO, et al.,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DENYING MOTION TO DISMISS AS MOOT

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on Defendants Trujillo, Soler, Suarez, and Tillman's Motion to Dismiss Counts I and II of the Complaint and Incorporated Memorandum of Law **(D.E. No. 24)**, filed on **December 12, 2008**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 28)** on **January 12, 2009**. The Court has reviewed the entire file and record. Therefore, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 28)** on **January 12, 2009** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Defendants Trujillo, Soler, Suarez, and Tillman's Motion to Dismiss Counts I and II of the Complaint **(D.E. No. 24)** is **DENIED** as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 26th day of January, 2009.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
United States Magistrate Judge Patrick A. White
Counsel of Record