UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 08-22193-CIV-MORENO

WILTON BROWN,

    Plaintiff,

vs.

THOMAS TRUJILLO, et al.,

    Defendant.

_____/

### ORDER ADOPTING, IN PART, MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING SUMMARY JUDGMENT ON ALL COUNTS WITH PREJUDICE

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on Defendants' Motion for Summary Judgment **(D.E. No. 75)**, filed on **September 4, 2009**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 89)** on **January 8, 2010**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 89)** is **AFFIRMED** and **ADOPTED** in full except for its recommendation that the pendent state law claims be dismissed without prejudice. The Court finds that, based on the Report and Recommendation's findings, the pendent state law claims should be dismissed with prejudice. Accordingly, it is

**ADJUDGED** that Defendants' Motion for Summary Judgment is GRANTED on all counts.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of January, 2010.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to Counsel of Record